02-10-429-CV 















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00429-CV 

 

 


 
 
 In re Johnny Wayne Cummings
 
 
  
 
 
 relator
 
 


 

 

----------

 

original proceeding

----------

 

MEMORANDUM
OPINION[1]

----------

          

          Relator Johnny
Wayne Cummings seeks a writ of mandamus compelling a municipal court judge to
answer a motion Relator asserts he filed in the municipal court.  We dismiss for want of jurisdiction.

          This court has
jurisdiction to issue writs of mandamus against district and county court
judges, to issue writs of mandamus against a district judge acting as
magistrate in a court of inquiry, and to issue all other writs necessary to
enforce its own jurisdiction.  See
Tex. Gov’t Code Ann. § 22.221
(Vernon 2004).  We do not have mandamus
jurisdiction over a municipal court judge.  See, e.g., In re Chang, 176 S.W.3d 451, 452 (Tex. App.—Houston
[1st Dist.] 2004, orig. proceeding) (dismissing for want of jurisdiction
petition to mandamus municipal court judge); In
re Griffith, No. 02-06-00361-CV, 2006 WL 3114455, at *1
(Tex. App.—Fort Worth Oct. 31, 2006, orig. proceeding) (mem.
op.) (same); In
re Allen, No. 05-04-01734-CV, 2004 WL 2821893, at *1 (Tex. App.—Dallas Dec.
9, 2004, orig. proceeding) (mem. op.) (same); In re Collard,
No. 05-06-00533-CV, 2006 WL 1075029, at *1 (Tex. App.—Dallas Apr. 25, 2006,
orig. proceeding) (mem. op.)
(same).  Therefore,
we dismiss Relator’s petition for want of
jurisdiction.

 

 

PER CURIAM

 

 

PANEL:  GABRIEL, J.;
LIVINGSTON, C.J.; and MEIER, J.

 

DELIVERED:  December 9, 2010











[1]See Tex. R. App. P. 47.4.